IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR SANDERS,** Plaintiff, | : : : | **CIVIL ACTION** **No. 16-1110** |
| v. | : : | |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social Security,** Defendant. | : : : | |

# ORDER

This day of 30th day of January, 2017, upon consideration of Plaintiff's Request for Review, Defendant's Response thereto, and Plaintiff's Reply, and after careful review of the administrative record and of the Report and Recommendation of United States Magistrate Judge, and Plaintiff's objections, I am persuaded that any error committed by the Administrative Law Judge (ALJ) is harmless, that the ALJ properly credited the testimony of Dr. Foad as more consistent with the evidence and the medical record, and properly discounted the testimony of Dr. Stricklan as inconsistent with the evidence and the medical record.

It is therefore **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Plaintiff's Request for Review is **DENIED**.

      /s/ Gerald Austin McHugh
United States District Judge